Case 6:23-cv-00468-ADA-JCM   Document 1   Filed 06/26/23   Page 1 of 6

FILED
June 26, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ CV _____
       DEPUTY

**Attachment 2 - EEOC Complaint Form**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____ DIVISION

Tiffaney Hurst
_____

(Name of plaintiff or plaintiffs)

v.

Mac Donald Properties
_____

Civil Action Number: 6:23cv468
(Supplied by Clerk's Office)

(Name of defendant or defendants)

## COMPLAINT

1. This action is brought by Tiffaney Hurst, Plaintiff, pursuant to the following selected jurisdiction:

   **(Please select the applicable jurisdiction)**

   [ ] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.)  Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

   [ ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

   [X] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

   [ ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

   [ ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2. Defendant Mac Donald Properties (Defendant's name) lives at, or its business is located at 2951 Fall Creek Rd (street address), Kerrville (city), TX (state), 78028 (zip).

28

Rev. Ed. October 26, 2017

3a.  Plaintiff sought employment from the defendant or was employed by the defendant at _Brookview Village 1000 Brookview Drive_ (street address), (city), _Copperas Cove_ (state), _TX_ _76522_ (zip).

3b.  At all relevant times of claim of discrimination, Defendant employed _15+_ (#) employees. If defendant is a union, at all relevant times of claim of discrimination, Defendant had _____ (#) members.

4.  Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about _March_ (month) _10_ (day) _2021_ (year). If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: _Terminated two days after I told Property manager I was unable to perform an assignment due to my disability_

5.  Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about _March_ (month) _____ (day) _2021_ (year). (Not applicable to federal civil service employees).

6a.  The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on (month) _April_ (day) _04, 2023_ (year). (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:**   PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.

6b.  Please indicate below if the E.E.O.C issued a **Determination** in your case:

[✓] Yes
[ ] No

**VERY IMPORTANT NOTE:**   IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT

7.  Because of plaintiff's:

**(Please select the applicable allegation(s))**

[ ]   Race (If applicable, state race) _____

[ ]   Color (If applicable, state color) _____

29

Rev. Ed. October 26, 2017

[ ]  Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)
[ ]  Religion (If applicable, state religion) _____

[ ]  National Origin (If applicable, state national origin) _____

[ ]  Age (If applicable, state date of birth) _____

[✓]  Disability (If applicable, state disability) _____

[ ]  Prior complaint of discrimination or opposition to acts of discrimination. (Retaliation) (If applicable, explain events of retaliation) _____

The defendant:  **(please select all that apply)**

[ ]  failed to employ plaintiff.

[✓]  terminated plaintiff's employment.

[ ]  failed to promote plaintiff.

[ ]  harassed plaintiff.

[ ]  other (specify) _____

8a.  State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:**    INCLUDE <u>SPECIFIC DATES</u>, <u>SPECIFIC EVENTS</u>, AND ANY <u>SPECIFIC COMMENTS</u> MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.

_please see attached_

8b.  List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

_____

8c.  List any **documentation** that would support plaintiff's allegations and explain what the documents will prove: _Indeed Job Posting - no lifting listing in job duties which is why I applied. Separation Report - employer terminated me for not being able to occasionally the lift. The law only requires me to be able to perform the essential part of job._

Rev. Ed. October 26, 2017

30

9. The above acts or omissions set forth in paragraphs 7 and 8 are:

    [ ] still being committed by defendant.
    [X] no longer being committed by defendant.

10. Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission. This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[ ] Defendant be directed to employ plaintiff.

[ ] Defendant be directed to re-employ plaintiff.

[ ] Defendant be directed to promote plaintiff.

[X] Defendant be directed to _____
and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

19 June 2023
Date

Tiffany Hurst
Signature of Plaintiff

3004 Bastion Loop
Address of Plaintiff

Killeen     TX     76542
City     State     Zip Code

Telephone Number(s) 254-220-9173

31

Rev. Ed. October 26, 2017



Tiffaney Hurst
3004 Bastion Lp
Killeen TX 76542

SHIP TO:
800 FRANKLIN AVE
RM 380
WACO TX 76701-1934

C096

USPS SIGNATURE® TRACKING #
9502 1141 7357 3175 0803 82

RECEIVED
JUN 26 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

U.S. District Clerks Office
800 Franklin Ave Room 380
Waco TX 76701

Divisional Office Money
Jennifer Graunds Beaver

