UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **TIFFANEY HURST,** <br> Plaintiff, <br><br> v. <br><br> **MAC DONALD PROPERTIES,** <br> Defendants. | § <br> § <br> § <br> §    **C.A. NO. 6:23-CV-00468-ADA-JCM** <br> § <br> § <br> § <br> § <br> § |

## AGREED ORDER OF DISMISSAL

The parties have reached a mediated settlement of all issues in dispute. Accordingly, all claims by plaintiff Tiffaney Hurst against defendant MacDonald Property Management, L.L.C. are hereby dismissed, with prejudice. All pending motions are **DENIED AS MOOT**. The Clerk of Court is respectfully directed to close the case.

**SIGNED** this 2nd day of November, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE